Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JOHN VARECKA | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-876 |
| v. | |
| CSX Transportation, Inc. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that judgment is entered in favor of Defendant

CSX Transportation, Inc.

| | |
|---|---|
| Date: October 3, 2022 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Suzanne<br>    Deputy Clerk |